IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

STATE AUTO PROPERTY AND
CASUALTY INSURANCE COMPANY,
an Ohio Corporation,

                *Plaintiff*,

v.                                               Civil Action No.: 3:18-cv-00343

SCOTT WHEELER, a West Virginia Citizen
and agent of SCOTT WHEELER
DEVELOPMENT, LLC; SCOTT
WHEELER DEVELOPMENT, LLC, a
West Virginia Limited Liability Company;
and RAJ KHANNA and SHALINNI KHANNA,
husband and wife and West Virginia Citizens,

                *Defendants*.

## NOTICE OF DISMISSAL

**COMES NOW** Plaintiff State Auto Property and Casualty Insurance Company, by counsel, Robert A. Lockhart and Cipriani & Werner, P.C., pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and voluntarily dismisses this action with prejudice.


 /s/ Robert Lockhart
Robert A. Lockhart (WVSB #4657)
Elizabeth A. Moore (WVSB #12164)
CIPRIANI & WERNER, PC
Laidley Tower, Suite 900
500 Lee Street, East
Charleston, WV 25301
(304) 341-0500 (office)
(304) 341-0507 (fax)
rlockhart@c-wlaw.com
*Counsel for Plaintiff*